IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KEVON LYNN PRATHER,<br><br>Defendant. | MJ 21-78-GF-JTJ<br><br>(2:21-cr-00153-BLW)<br><br>ORDER FOR TRANSFER TO DISTRICT OF OFFENSE |

IT IS HEREBY ORDERED that the United States Marshal shall transport the defendant to the District of Idaho, where the original charging documents were filed.

DATED this 22nd day of November, 2021.

John T. Johnston
United States Magistrate Judge